**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-11375**
**Summary Calendar**
_____

**PAUL MENDOZA MARTINEZ,**

**Petitioner-Appellant,**

**versus**

**GARY L. JOHNSON, DIRECTOR, TEXAS**
**DEPARTMENT OF CRIMINAL JUSTICE,**
**INSTITUTIONAL DIVISION,**

**Respondent-Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(3:95-CV-2547-T)**
_____

June 2, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Paul Mendoza Martinez, # 506900, appeals the district court's denial of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. He argues that the parole commission improperly revoked his parole by considering charges for which he had not waived his right to a hearing. The writ was properly denied for the reasons

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

adopted by the district court.  *See **Martinez v. Johnson***, No. 95-CV-2457-T (N.D. Tex., Oct. 10, 1996).

**AFFIRMED**